No. 118. WALSH v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Franklin Smith* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 120. FRANKO v. MAHONING COUNTY BAR ASSN. Sup. Ct. Ohio. Certiorari denied. *Eugene Gressman* for petitioner. *John H. Ranz* for respondent.

No. 126. WATSCO, INC. v. HENRY VALVE CO. C. A. 2d Cir. Certiorari denied. *Samuel J. Stoll* for petitioner. *John D. Dewey* for respondent.

No. 130. ASHER v. INDIANA. Sup. Ct. Ind. Certiorari denied. *William C. Erbecker* and *James Manahan* for petitioner. *Theodore L. Sendak,* Attorney General of Indiana, and *William F. Thompson,* Deputy Attorney General, for respondent.

No. 133. COOPER v. LESLIE SALT CO. ET AL. Sup. Ct. Cal. Certiorari denied. *David B. Caldwell* for petitioner. *Bruce M. Casey, Jr.,* for respondents Leslie Salt Co. et al., *Bert W. Levit* for respondents T. Jack Foster et al., and *Frank Piombo* for respondents Estero Municipal Improvement District et al.

No. 134. IN RE MARVIN. Sup. Ct. N. J. Certiorari denied. *Melvin L. Wulf, Sanford J. Rosen,* and *Robert E. Knowlton* for petitioner. *Arthur J. Sills,* Attorney General of New Jersey, *Marilyn Loftus Schauer,* First Assistant Attorney General, and *Stephen Skillman,* Assistant Attorney General, in opposition.